# UNITED STATES DISTRICT COURT
## District of Colorado

Civil Action No.:   18-CV-01762-GPG

**TIFFANY GRAYS**

    **Plaintiff**

**v.**

**TSG Auto, TSG Inc., TSG Auto.com and Tim Greufe**

    **Defendants**

---

## ANSWER

---

Defendants, TSG Auto, TSG Inc., TSG Auto.com (Collectively TSG) and Tim Greufe (Greufe), by and through undersigned counsel, for its Answer states:

1. Defendants TSG and Greufe admit the allegations in paragraph A of Plaintiff's Amended Complaint.

2. Defendants TSG and Greufe admit the allegations in paragraph B of Plaintiff's Amended Complaint.

3. As to paragraph C (Jurisdiction) of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.

## STATEMENT OF CLAIMS

## INTRODUCTION

1

4. Defendants TSG and Greufe deny the allegations set forth in paragraph 1 of Plaintiff's Statement of Claims-Introduction set forth in Plaintiff's Amended Complaint.

## I. JURISDICTION, VENUE & PARTIES

5. As to paragraph 2 of Jurisdiction, Venue & Parties of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

6. As to paragraph 3 of Jurisdiction, Venue & Parties of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

7. As to paragraph 4 of Jurisdiction, Venue & Parties of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

8. As to paragraph 5 of Jurisdiction, Venue & Parties of Plaintiff's Amended Complaint, Defendants TSG and Greufe admit all allegations except the last sentence of the paragraph which Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

9. As to paragraph 6 of Jurisdiction, Venue & Parties of Plaintiff's Amended Complaint, Defendants TSG and Greufe admit Greufe is the Registered Agent, Owner and Operator of TSG Inc., located at 19201 East Lincoln Avenue, Parker, Co 80138 but deny all other allegations and sentences set forth in that paragraph.

10. Defendants TSG and Greufe deny all allegations set forth in paragraph 7 of Jurisdiction, Venue & Parties of Plaintiff's Amended Complaint.

## BACKGROUND

11. As to paragraph 8 of Background of Plaintiff's Amended Complaint, Defendants TSG and Greufe incorporate each of its admissions and denials by reference as if set forth fully herein.

12. As to paragraph 9 of Background of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

13. As to paragraph 10 of Background of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

14. As to paragraph 11 of Background of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

15. As to paragraph 12 of Background of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

16. Defendants TSG and Greufe Deny the allegations set forth in paragraph 13 of Background of Plaintiff's Amended Complaint.

## STATEMENT OF FACTS

17. As to paragraph 14 of Plaintiff's Amended Complaint, Defendants TSG and Greufe incorporate each of its admissions and denials by reference as if set forth fully herein.

18. As to paragraph 15 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

19. As to paragraph 16 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

20. As to paragraph 17 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

21. As to paragraph 18 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

22. As to paragraph 19 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

23. As to paragraph 20 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

24. As to paragraph 21 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

25. As to paragraph 22 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

26. As to paragraph 23 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

27. As to paragraph 24 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

28. As to paragraph 25 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

29. As to paragraph 26 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

30. Defendants TSG and Greufe deny the allegations contained in paragraph 27 of Statement of Facts of Plaintiff's Amended Complaint.

31. Defendants TSG and Greufe deny the allegations contained in paragraph 28 of Statement of Facts of Plaintiff's Amended Complaint.

32. Defendants TSG and Greufe deny the allegations contained in paragraph 29 of Statement of Facts of Plaintiff's Amended Complaint.

33. Defendants TSG and Greufe deny the allegations contained in paragraph 30 of Statement of Facts of Plaintiff's Amended Complaint.

34. Defendants TSG and Greufe deny the allegations contained in paragraph 31 of Statement of Facts of Plaintiff's Amended Complaint.

35. As to paragraph 32 of Statement of Facts of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

### i. TSGS' POST NOTICE OF CLAIM

36. Defendants TSG and Greufe deny the allegations contained in paragraph 33 of Post Notice of Claim of Plaintiff's Amended Complaint.

37. As to paragraph 34 of Post Notice of Claim of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

38. As to paragraph 35 of Post Notice of Claims of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

39. Defendants TSG and Greufe deny the allegations contained in paragraph 36 of Post Notice of Claim of Plaintiff's Amended Complaint.

40. As to paragraph 37 of Post Notice of Claims of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

41. Defendants TSG and Greufe deny the allegations contained in paragraph 38 of Post Notice of Claim of Plaintiff's Amended Complaint.

42. Defendants TSG and Greufe deny the allegations contained in paragraph 39 of Post Notice of Claims of Plaintiff's Amended Complaint.

43.     Defendants TSG and Greufe deny the allegations contained in paragraph 40 of Post Notice of Claim of Plaintiff's Amended Complaint.

44.     Defendants TSG and Greufe deny the allegations contained in paragraph 41 of Post Notice of Claim of Plaintiff's Amended Complaint.

45.     Defendants TSG and Greufe deny the allegations contained in paragraph 42 of Post Notice of Claim of Plaintiff's Amended Complaint.

## CAUSES OF ACTION

46.     As to paragraph 43 of Causes of Action of Plaintiff's Amended Complaint, Defendants TSG and Greufe incorporate each of its admissions and denials by reference as if set forth fully herein.

## COUNT ONE

## FRAUDULENT CONCEALMENT

47.     Defendants TSG and Greufe deny the allegations contained in paragraph 44 of Count One of Plaintiff's Amended Complaint.

48.     Defendants TSG and Greufe deny the allegations contained in paragraph 45 of Count One of Plaintiff's Amended Complaint.

49.     Defendants TSG and Greufe deny the allegations contained in paragraph 46 of Count One of Plaintiff's Amended Complaint.

50.     Defendants TSG and Greufe deny the allegations contained in paragraph 47 of Count One of Plaintiff's Amended Complaint.

51.     Defendants TSG and Greufe deny the allegations contained in paragraph 48 of Count One of Plaintiff's Amended Complaint.

52. Defendants TSG and Greufe deny the allegations contained in paragraph 49 of Count One of Plaintiff's Amended Complaint.

53. Defendants TSG and Greufe deny the allegations contained in paragraph 50 of Count One of Plaintiff's Amended Complaint.

## COUNT TWO

## FRAUDULENT MISREPRESENTATION

54. Defendants TSG and Greufe deny the allegations contained in paragraph 51 of Count Two of Plaintiff's Amended Complaint.

55. Defendants TSG and Greufe deny the allegations contained in paragraph 52 of Count Two of Plaintiff's Amended Complaint.

56. Defendants TSG and Greufe deny the allegations contained in paragraph 53 of Count Two of Plaintiff's Amended Complaint.

57. Defendants TSG and Greufe deny the allegations contained in paragraphs 46 and 54 of Count Two of Plaintiff's Amended Complaint.

58. Defendants TSG and Greufe deny the allegations contained in paragraphs 47-50 and 55 of Count Two of Plaintiff's Amended Complaint.

## COUNT THREE

## FAIR CREDIT REPORTING

59. As to the allegations contained in paragraph 56 of Count Three of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge sufficient to form a belief as to the truth of said allegations and therefore deny the same.

60. Defendants TSG and Greufe deny the allegations contained in paragraph 57 of Count Three of Plaintiff's Amended Complaint.

61. Defendants TSG and Greufe deny the allegations contained in paragraph 58 of Count Three of Plaintiff's Amended Complaint.

62. Defendants TSG and Greufe deny the allegations contained in paragraph 59 of Count Three of Plaintiff's Amended Complaint.

63. Defendants TSG and Greufe deny the allegations contained in paragraph 60 of Count Three of Plaintiff's Amended Complaint.

64. Defendants TSG and Greufe deny the allegations contained in paragraph 61 of Count Three of Plaintiff's Amended Complaint.

65. Defendants TSG and Greufe deny the allegations contained in paragraph 62 of Count Three of Plaintiff's Amended Complaint.

66. Defendants TSG and Greufe deny the allegations contained in paragraph 63 of Count Three of Plaintiff's Amended Complaint.

67. Defendants TSG and Greufe deny the allegations contained in paragraph 64 of Count Three of Plaintiff's Amended Complaint.

68. Defendants TSG and Greufe deny the allegations contained in paragraph 65 of Count Three of Plaintiff's Amended Complaint.

69. Defendants TSG and Greufe deny the allegations contained in paragraph 66 of Count Three of Plaintiff's Amended Complaint.

70. Defendants TSG and Greufe deny the allegations contained in paragraph 67 of Count Three of Plaintiff's Amended Complaint.

71. Defendants TSG and Greufe deny the allegations contained in paragraph 68 of Count Three of Plaintiff's Amended Complaint.

72. Defendants TSG and Greufe deny the allegations contained in paragraph 69 of Count Three of Plaintiff's Amended Complaint.

73. Defendants TSG and Greufe deny the allegations contained in paragraph 70 of Count Three of Plaintiff's Amended Complaint.

## COUNT FOUR

## TILA

74. As to the allegations contained in paragraph 71 of Count Four of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge sufficient to form a belief as to the truth of said allegations and therefore deny the same.

75. Defendants TSG and Greufe deny the allegations contained in paragraph 72 of Count Four of Plaintiff's Amended Complaint.

76. Defendants TSG and Greufe deny the allegations contained in paragraph 73 of Count Three of Plaintiff's Amended Complaint.

## COUNT FIVE

## CREDIT TRANSACTION

77. Defendants TSG and Greufe deny the allegations contained in paragraph 74 of Count Five of Plaintiff's Amended Complaint.

## COUNT SIX

## E-SIGN

78. As to the allegations contained in paragraph 75 of Count Six of Plaintiff's Amended Complaint, Defendants TSG and Greufe are without knowledge sufficient to form a belief as to the truth of said allegations and therefore deny the same.

79.     Defendants TSG and Greufe deny the allegations contained in paragraph 76 of Count Six of Plaintiff's Amended Complaint.

80.     Defendants TSG and Greufe deny the allegations contained in paragraph 77 of Count Six of Plaintiff's Amended Complaint.

## COUNT SEVEN

## OUTRAGEUOUS CONDUCT

81.     Defendants TSG and Greufe deny the allegations contained in paragraph 78 of Count Seven of Plaintiff's Amended Complaint.

82.     Defendants TSG and Greufe deny the allegations contained in paragraph 79 of Count Seven of Plaintiff's Amended Complaint.

## COUNT EIGHT

## BREACH OF CONTRACT

83.     Defendants TSG and Greufe deny the allegations contained in paragraph 80 of Count Eight of Plaintiff's Amended Complaint.

84.     Defendants TSG and Greufe deny the allegations contained in paragraph 81 of Count Eight of Plaintiff's Amended Complaint.

85.     Defendants TSG and Greufe deny the allegations contained in paragraph 82 of Count Eight of Plaintiff's Amended Complaint.

86.     Defendants TSG and Greufe deny the allegations contained in paragraph 83 of Count Eight of Plaintiff's Amended Complaint.

87.     Defendants TSG and Greufe deny the allegations contained in paragraph 84 of Count Eight of Plaintiff's Amended Complaint.

## COUNT NINE

## BREACH OF CONTRACT

88. Defendants TSG and Greufe deny the allegations contained in paragraph 85 of Count Nine of Plaintiff's Amended Complaint.

89. Defendants TSG and Greufe deny the allegations contained in paragraph 86 of Count Nine of Plaintiff's Amended Complaint.

90. Defendants TSG and Greufe deny the allegations contained in paragraph 87 of Count Nine of Plaintiff's Amended Complaint.

## COUNT TEN

## CONSPIRACY

91. Defendants TSG and Greufe deny the allegations contained in paragraph 88. of Count Ten of Plaintiff's Amended Complaint.

92. Defendants TSG and Greufe deny the allegations contained in paragraph 89 of Count Ten of Plaintiff's Amended Complaint.

93. Defendants TSG and Greufe deny the allegations contained in paragraph 90 of Count Ten of Plaintiff's Amended Complaint.

## COUNT ELEVEN

## UNCONSIONABILITY

94. Defendants TSG and Greufe deny the allegations contained in paragraph 91 of Count Eleven of Plaintiff's Amended Complaint.

## COUNT TWELVE

## WRITTEN AGREEMENT REQUIRED

95. Defendants TSG and Greufe deny the allegations contained in paragraph 92 of Count Twelve of Plaintiff's Amended Complaint.

## COUNT THIRTEEN

## WARRANTIES

96. Defendants TSG and Greufe deny the allegations contained in paragraph 93 of Count Thirteen of Plaintiff's Amended Complaint.

97. Defendants TSG and Greufe deny the allegations contained in paragraph 94 of Count Thirteen of Plaintiff's Amended Complaint.

## COUNT FOURTEEN

## FRAUD AND FORGERY

98. Defendants TSG and Greufe deny the allegations contained in paragraph 95 of Count Fourteen of Plaintiff's Amended Complaint.

99. Defendants TSG and Greufe deny the allegations contained in paragraph 96 of Count Fourteen of Plaintiff's Amended Complaint.

100. Defendants TSG and Greufe deny the allegations contained in paragraph 97 of Count Fourteen of Plaintiff's Amended Complaint.

## COUNT FIFTEEN

## PRESERVING EVIDENCE OF GOODS IN DISPUTE

101. Defendants TSG and Greufe deny the allegations contained in paragraph 98 of Count Fifteen of Plaintiff's Amended Complaint.

102. Defendants TSG and Greufe deny the allegations contained in paragraph 99 of Count Fifteen of Plaintiff's Amended Complaint.

## COUNT SIXTEEN

## OBLIGATION OF GOOD FAITH

103. Defendants TSG and Greufe deny the allegations contained in paragraph 100 of Count Sixteen of Plaintiff's Amended Complaint.

104. Defendants TSG and Greufe deny the allegations contained in paragraph 101 of Count Sixteen of Plaintiff's Amended Complaint.

105. Defendants TSG and Greufe deny the allegations contained in paragraphs 47-50 and 102 of Count Sixteen of Plaintiff's Amended Complaint.

## COUNT SEVENTEEN

## UNFAIR PRACTICES ACT

106. Defendants TSG and Greufe deny the allegations contained in paragraph 103 of Count Seventeen of Plaintiff's Amended Complaint.

## COUNT EIGHTEEN

## DECEPTIVE TRADE PRACTICES

106. Defendants TSG and Greufe deny the allegations contained in paragraph 104 of Count Eighteen of Plaintiff's Amended Complaint.

107. Defendants TSG and Greufe deny the allegations contained in paragraph 105 of Count Eighteen of Plaintiff's Amended Complaint.

108. Defendants TSG and Greufe deny the allegations contained in paragraph 47-50 and 106 of Count Eighteen of Plaintiff's Amended Complaint.

## COUNT NINETEEN

## MISREPRESENTATIONS IN ADVERTISING

109. Defendants TSG and Greufe deny the allegations contained in paragraph 107 of Count Nineteen of Plaintiff's Amended Complaint.

110. Defendants TSG and Greufe deny the allegations contained in paragraphs 50, 81 and 108 of Count Nineteen of Plaintiff's Amended Complaint.

111. Defendants TSG and Greufe deny the allegations contained in paragraphs 47-50 and 109 of Count Nineteen of Plaintiff's Amended Complaint.

## COUNT TWENTY

## NEGLIGENT MISREPRESENTATION IN TERM AND CONDITIONS OF CREDIT CHECK

112. Defendants TSG and Greufe deny the allegations contained in paragraph 110 of Count Twenty of Plaintiff's Amended Complaint.

113. Defendants TSG and Greufe deny the allegations contained in paragraphs 47-50 and 111 of Count Twenty of Plaintiff's Amended Complaint.

## COUNT TWENTY-ONE

## NEGLIGENCE

114. Defendants TSG and Greufe deny the allegations contained in paragraph 112 of Count Twenty-One of Plaintiff's Amended Complaint.

## COUNT TWENTY-TWO

## BREACH OF CONTRACT PROMISORY ESTOPPEL

115.   Defendants TSG and Greufe deny the allegations contained in paragraph 113 of Count Twenty of Plaintiff's Amended Complaint.

116.   Any allegations contained in Plaintiffs Amended Complaint, including any factual allegations and any count which is not expressly admitted by Defendants TSG and Greufe is hereby denied.

## REQUEST FOR RELIEF

117.   Defendants TSG and Greufe pray the Court deny all Requests for Relief set forth in Plaintiff's Amended Complaint.

## FIRST AFFIRMATIVE DEFENSE

## (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Defendants and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever.

## SECOND AFFIRMATIVE DEFENSE

## (IMMUNITY)

All claims against Defendants

are barred by the qualified immunity of 15 U.S.C. § 1671h(e).

## THIRD AFFIRMATIVE DEFENSE

## (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate her damages.

## FOURTH AFFIRMATIVE DEFENSE

## (CONSENT)

Plaintiff consented to any alleged inquiry by Defendants or any third party.

## FIFTH AFFIRMATIVE DEFENSE

## (FAILURE OF CONSIDERATION)

Failure of consideration or lack of consideration regarding any alleged contract or alleged breach of contract.

## SIXTH AFFIRMATIVE DEFENSE

## (NO PRIVITY OF CONTRACT)

No privity of contract exists between Plaintiff and Defendants.

## SEVENTH AFFIRMATIVE DEFENSE

## (LACK OF PUBLIC IMPACT)

There is a lack of public impact regarding Plaintiff's deceptive trade practice claim.

## EIGHTH AFFIRMATIVE DEFENSE

## (ESTOPPEL/WAIVER)

Any damages to Plaintiff are the direct result of Plaintiff's conduct and Plaintiff waived any claims by her actions and is estopped and barred from recovery of any damages.

## NINTH AFFIRMATIVE DEFENSES

## (REASONABLE PROCEDURE)

Defendants had reasonable procedures in effect to ensure maximum possible accuracy regarding Plaintiff's FCRA claims and Defendants maintained reasonable policies and

procedures to comply with the FCRA; thus Plaintiff's FCRA claims are barred by 15 U.S.C. §§ 1681m(h)(7); 1681m(c) and 1681d(c).

## TENTH AFFIRMATIVE DEFENSE

## (C.R.S§ 5-5-110(2) AND (3)

Plaintiff's Nineteenth claim is barred by the provisions of C.R.S§ 5-5-110(2) and (3).

## ELEVENTH AFFIRMATIVE DEFENSE

## (C.R.S. § 4-5-103)

No letter of credit or transaction involving a letter of credit or negotiable instrument exists; thus Plaintiff's claims under C.R.S§4-5-109 and 110 are barred by C.R.S§4-5-103.

## TWELFTH AFFIRMATIVE DEFENSE

## (C.R.S. § 4-1-102)

Plaintiff's claims related to C.R.S§§4-2-515 and 4-1-304 are barred by the Uniform Commercial Code because Plaintiff is not a consumer; Defendants are not creditors; and no transaction occurred within the Uniform Commercial Code.

WHEREFORE Defendants pray that the Court enter judgment in favor of Defendants and dismiss Plaintiffs claims and award Defendants attorney fees and costs.

Dated, November 13, 2018.

s/ Michael J Mirabella<br>
Campbell Killen Brittan & Ray<br>
270 St. Paul St., #300<br>
Denver, Co 80206<br>
E-mail: MMirabella@ckbrlaw.com<br>
Main 303-322-3400<br>
Direct 303-394-7209

## **CERTFICATE OF SERVICE**

       I hereby certify that on November 13, 2018, I electronically filed Defendants Answer with the Clerk of Court using the CM/ECF system. I hereby certify that I have served a true and correct copy of the foregoing to the following in the same manner, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court and mailed a copy of postage, prepaid by, United States mail and emailed a copy to:

Tiffany Grays
P.O. Box 472322
Aurora, Co 80013
legalgrays@gmail.com

                                                           s/Michael Mirabella