UNITED STATES DISTRICT COURT
District of Colorado

Civil Action No.: 18-CV-01762-GPG

**TIFFANY GRAYS**

   Plaintiff

**v.**

**TSG Auto, TSG Inc., TSG Auto.com and Tim Greufe**

   Defendants

---

### DEFENDANTS' FRCP 7.1 DISCLOSURE

---

Defendants, TSG Auto, TSG Inc., TSG Auto.com (Collectively TSG) and Tim Greufe (Greufe), by and through undersigned counsel, pursuant to FRCP Rule 7.1 makes the following disclosure:

1. There are no parent corporations or publicly held corporations which are owners of the defendants as described in FRCP Rule 7.1(a)(1)

Dated, November 16, 2018.

> s/ Michael J Mirabella
> Campbell Killen Brittan & Ray
> 270 St. Paul St., #300
> Denver, Co 80206
> E-mail: MMirabella@ckbrlaw.com
> Main 303-322-3400
> Direct 303-394-7209

## **CERTFICATE OF SERVICE**

       I hereby certify that on November 16, 2018, I electronically filed Defendants Rule 7.1 Disclosurewith the Clerk of Court using the CM/ECF system. I hereby certify that I have served a true and correct copy of the foregoing to the following in the same manner, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court and mailed a copy of postage, prepaid by, United States mail and emailed a copy to:

Tiffany Grays
P.O. Box 472322
Aurora, Co 80013
legalgrays@gmail.com

                                                            s/Michael Mirabella